JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA CANCHOLA,<br><br>  Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. EDCV 12-1549-DTB<br><br>**J U D G M E N T** |

In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings, filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings.

DATED: October 7, 2013

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

1