John M. FitzGerald
Health Advocates
14721 Califa Street
Sherman Oaks, CA 91411
T: (818) 995-9500
F: (818) 995-4838
E-mail: johnf@leiboviclawgroup.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VERONICA CANCHOLA**      Plaintiff   vs.   **CAROLYN W. COLVIN,**   **Acting Commissioner of SSA**      Defendant(s). | CASE No.: EDCV 12-1549-DTB   ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $6, 338.47 as authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:   January 14, 2014

_____
THE HONORABLE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

- 1

Respectfully Submitted,

Leibovic Law Group

    */S/ John M. FitzGerald*
_____
John M. FitzGerald
Attorney for Plaintiff Veronica Canchola